IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| NYREE BROWN<br>a/k/a "Fatboy" | :<br>:<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 371 (conspiracy – 1 count)<br>18 U.S.C. § 2119 (carjacking – 1 count)<br>18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. From in or about April 2023 through in or about June 2023, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**NYREE BROWN,**
**a/k/a "Fatboy,"**

conspired and agreed with Jafeir Betrand, charged elsewhere, to commit an offense against the United States, that is, to knowingly and unlawfully take or attempt to take with intent to cause death and serious bodily harm and through force and violence, and by intimidation, motor vehicles that had been transported, shipped, and received in interstate and foreign commerce, in violation of 18 U.S.C. § 2119.

## MANNER AND MEANS

It was part of the conspiracy that:

1. In their efforts to avoid being detected by law enforcement, defendant NYREE BROWN and Jafeir Betrand stole a license plate from another vehicle and affixed it to a stolen vehicle that they used to commit carjackings and other offenses.

2. Defendant NYREE BROWN and Jafeir Betrand used a vehicle already in their possession to drive themselves to and from the carjacking locations, with at least one co-conspirator driving the carjacked car away and at least one co-conspirator driving the original vehicle away.

3. Defendant NYREE BROWN and Jafeir Betrand approached victims and assaulted or threatened them, often by brandishing firearms, and took the vehicles by force.

4. Defendant NYREE BROWN and Jafeir Betrand robbed their victims of additional possessions, including their cellular telephones.

5. Defendant NYREE BROWN and Jafeir Betrand used cellular telephones to communicate with each other before, during, and after carjackings and attempted carjackings, in order to discuss, coordinate, and further the object of the conspiracy.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, defendant NYREE BROWN and Jafeir Betrand committed the following overt acts, among others, in the Eastern District of Pennsylvania, and elsewhere:

On or about May 1, 2023:

1. Defendant NYREE BROWN and Jafeir Betrand stole license plate PA ZTS-5524 from a 2022 White Dodge Ram pickup truck in Bensalem, Pennsylvania and affixed the stolen license plate to a 2022 Dodge Ram pickup truck, VIN 1C6RR6LG0NS169611, stolen from Enterprise Rent a Car.

2. Defendant NYREE BROWN and Jafeir Betrand drove a white Dodge Ram pickup truck, bearing license plate PA ZTS-524, from Bensalem, Pennsylvania to the vicinity of Academy Road and Chalfont Drive, Philadelphia, Pennsylvania.

3. Defendant NYREE BROWN and Jafeir Betrand took with intent to cause death and serious bodily harm and through force and violence, and by intimidation, a 2010 Toyota Camry, VIN 4T1BF3EK1AU, license plate PA JRG-4289, from D.D., a person known to the grand jury, in the vicinity of Academy Road and Chalfont Drive, Philadelphia, Pennsylvania. In the course of the carjacking, defendant BROWN and Bertrand brandished a firearm.

4. Between on or about June 2 and June 3, 2023, defendant NYREE BROWN, Jafeir Betrand and Person #1, known to the grand jury, drove a white Dodge Ram pickup truck, bearing license plate PA ZTS-524, to New York, New York.

On or about June 3, 2023:

5. Defendant NYREE BROWN, Jafeir Betrand, and Person #1 drove a white Dodge Ram pickup truck to the vicinity of W. 9th Street and Columbia Street, Brooklyn, New York.

6. Defendant NYREE BROWN and Jafeir Betrand took with intent to cause death and serious bodily harm and through force and violence, and by intimidation, a 2017 Toyota Camry, bearing license plate NY T661652C from G.L, a person known to the grand jury, in the vicinity of W. 9th Street and Columbia Street, Brooklyn, New York. In the course of the carjacking, defendant BROWN and Bertrand brandished a firearm.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**NYREE BROWN,**
**a/k/a "Fatboy,"**

and Jafeir Betrand, charged elsewhere, with intent to cause death and serious bodily harm, took, and aided and abetted the taking of, from the person and presence of D.D., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2010 Toyota Camry, VIN 4T1BF3EK1AU, license plate PA JRG-4289, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**NYREE BROWN,
a/k/a "Fatboy,"**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a black semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count Two of this indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**A TRUE BILL:**

███████████████

*/s/ V.R. for*

**JACQUELINE C. ROMERO
UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

NYREE BROWN a.k.a. "Fat Boy"

### INDICTMENT

Counts

18 U.S.C. § 371 (conspiracy– 1 count)
18 U.S.C. § 2119 (carjacking – 1 count)
18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count)
18 U.S.C. § 2 (aiding and abetting)



Filed ......... day,